UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS CAUDILLO,

Defendant.

No. 1:25-CR-02064-MKD-2

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

**ECF No. 58**

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release. ECF No. 58. Defendant was represented by court-appointed attorney Nicholas Marchi on the motion.

Defendant requests that the Court modify Special Condition No. 6 to impose a curfew rather than home detention. *Id.*

In May 2025, the Court released Defendant on pretrial conditions, including location monitoring at the strictest level: home incarceration. ECF No. 32. Then, in October 2025, the Court declined to grant Defendant's request to replace home incarceration with a curfew, but the Court lowered Defendant's location monitoring to home detention. ECF No. 47. The Court noted that Defendant could renew his request for a curfew later after demonstrating compliance on home detention. *Id.*

ORDER - 1

Now, five months after the Court modified Defendant's location monitoring from home incarceration to home detention, and nearly one year after Defendant's initial pretrial release, Defendant again requests that the Court lower his level of location monitoring to a curfew.  ECF No. 58.  Neither the United States nor Defendant's supervising probation officer oppose the request.  *Id.*

There are no allegations of noncompliance since Defendant's release in May 2025.  Nor are there allegations of any criminal conduct, other than the alleged offense conduct, since Defendant's release from imprisonment in March 2020.  *See* ECF No. 47.  Additionally, Defendant has extensive ties to the community.  *Id.*; ECF No. 32.  Thus, while Defendant's alleged offense conduct, possessing a firearm with an obliterated serial number in the vicinity of controlled substances, is serious, Defendant has demonstrated sufficient compliance to warrant lowering his level of location monitoring to a curfew.

Accordingly, **IT IS ORDERED:**

1.      Defendant's Motion to Modify Conditions of Release (**ECF No. 58**) is **GRANTED**.

2.      **Special Condition No. 6 (ECF No. 47) is MODIFIED** in its entirety to read **as follows:**

6.      **Curfew:** Defendant shall be restricted to the approved residence every day from 8:00 PM to 6:00 AM, or as directed by the United States Probation/Pretrial Services Office.

ORDER - 2

3.  All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 10, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 3